**Order filed, October 24, 2017.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00586-CR
NO. 14-17-00587-CR

_____

**FATEH FATHULLA AL-SAADI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1504273 & 1504274**

## ORDER

The reporter's record in this case was due October 11, 2017. *See* Tex. R. App. P. 35.1. The court granted the court reporter's first request to extend time for filing the record. The court has not received a further request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Pam Knobloch, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM